# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* | § § § § | |
| **v.** | § § | **NO. 6:19-CR-00057-ADA-1** |
| **REDARIOUS RACHARD SMOOT** *Defendant.* | § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 95. The Report recommends that Defendant's supervised release be revoked and that he be remanded to the custody of the U.S. Marshal for time served, with no supervision to follow. *Id.* at 4. The Report was filed on March 22, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Here, Defendant and the Government waived the 14-day rule to file objections. ECF No. 94.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 95, is **ACCEPTED AND ADOPTED**. Defendant's supervised release is revoked, and he is remanded to the custody of the U.S. Marshal for time served, with no supervision to follow.

SIGNED this 22nd day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE